**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CONTINENTAL BANK, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:24-cv-10649 |
| ) | |
| v. ) | |
| ) | |
| INSOMNIA 888, CORP. and ) | |
| SLOBODAN BRAKOVIC, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:

| Insomnia 888, Corp. | Slobodan Brakovic |
|---|---|
| c/o Slobodan Brakovic | bob@insomnia888.com |
| bob@insomnia888.com | 773-682-9123 |
| 773-682-9123 | |

PLEASE TAKE NOTICE that on April 1, 2025, at 10:45 a.m., or as soon thereafter as counsel may be heard, I shall appear telephonically before the Honorable Judge Andrea R. Wood presiding in Room 2141 of the United States District Court, at 219 South Dearborn Street, Chicago, Illinois and present Plaintiff Continental Bank's *Motion for Default Judgment*.

**Parties may appear using the call-in number: (650) 479-3207 and the access code: 1808131170.**

Dated: March 19, 2025                                    CONTINENTAL BANK

                                                                        By:     /s/ Debra Devassy Babu

                                                                        Debra Devassy Babu (ARDC No.: 6282743)
                                                                        Darius A. Vossoughi (ARDC No.:6350129)
                                                                        Darcy & Devassy PC
                                                                        444 N. Michigan Avenue, Suite 3270
                                                                        Chicago, IL 60611
                                                                        (312)784-2400 (t)
                                                                        (312)784-2410 (f)
                                                                        ddevassy@darcydevassy.com
                                                                        dvossoughi@darcydevassy.com

## **CERTIFICATE OF SERVICE**

      I, Debra Devassy Babu, an attorney, do hereby certify under penalties of perjury that on the 19th day of March, 2025, I caused a copy of Plaintiff Continental Bank's *Motion for Default Judgment* to be served upon the aforementioned parties via electronic mail and by text message.

CONTINENTAL BANK

By: /s/ Debra Devassy Babu

Debra Devassy Babu (ARDC No.: 6282743)
Darius A. Vossoughi (ARDC No.:6350129)
Darcy & Devassy PC
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611
(312)784-2400 (t)
(312)784-2410 (f)
ddevassy@darcydevassy.com
dvossoughi@darcydevassy.com